UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

**F I L E D**

SEP 2 5 2000

PEGGY B. DEANS, CLERK
**U.S. BANKRUPTCY COURT
EASTERN** DISTRICT OF N.C.

CASE NO.:

H. T. RESTAURANTS, INC.                              97-01898-8-JRL

M.R.G.R.E., INC.,                                    98-00506-8-JRL

M.R.G.E.Q., INC.,                                    98-00508-8-JRL

MULTI RESTAURANT GROUP, LTD.                         98-00507-8-JRL

_____Debtors_____                                    (Chapter 7)

| | |
|---|---|
| Joseph N. Callaway, Trustee in Bankruptcy ) | |
| for H. T. Restaurants, Inc., M.R.G.R.E., Inc.,) | |
| M.R.G.E.Q., Inc., and Multi Restaurant ) | |
| Group, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ADVERSARY PROCEEDING NO.: |
| ) | |
| Restaurant Combinations, Inc., ) | L-00-00169-8-JRL |
| Restaurant Genesis Corporation, ) | |
| AQMI Corporation, Victor Robert, ) | |
| Phillip Allen, Frank Amodeo, and, ) | |
| Jerry E. Beavers, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S MOTION TO DISMISS COMPLAINT PURSUANT
TO RULE 7041

NOW COMES the trustee and plaintiff in the above-referenced action, by and through counsel,

and respectfully requests that the Court enter an Order dismissing the Complaint against the defendants

in this action pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil

Procedure 41(a)(2) without prejudice to the trustee's rights to bring the action at a later date if he

13

deems it appropriate to do so and granting to him such other and further relief as to the Court may seem just and proper.

Dated:

9/21/00

BUTLER & BUTLER

_____
Algernon L. Butler, III
Attorneys for Trustee
N.C. State Bar No. 20881
P.O. Box 38
Wilmington, NC 28402-0038
(910) 762-1908

-2-

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

CASE NO.:

H. T. RESTAURANTS, INC.
M.R.G.R.E., INC.,
M.R.G.E.Q., INC.,
MULTI RESTAURANT GROUP, LTD.
___ Debtors___

97-01898-8-JRL
98-00506-8-JRL
98-00508-8-JRL
98-00507-8-JRL
(Chapter 7)

Joseph N. Callaway, Trustee in Bankruptcy )
for H. T. Restaurants, Inc., M.R.G.R.E., Inc.,)
M.R.G.E.Q., Inc., and Multi Restaurant )
Group, Ltd., )
)
)
Plaintiff, )
vs. )
Restaurant Combinations, Inc., )
Restaurant Genesis Corporation, )
AQMI Corporation, Victor Robert, )
Phillip Allen, Frank Amodeo, and, )
Jerry E. Beavers, )
)
Defendants. )

ADVERSARY PROCEEDING NO.:
L-00-00169-8-JRL

## NOTICE OF MOTION

**NOTICE IS HEREBY GIVEN** of the Plaintiff's Motion to Dismiss Complaint Pursuant to Rule 7041 filed simultaneously herewith in the above captioned case, a copy of which motion is attached hereto; and

**NOTICE IS FURTHER GIVEN** that this motion may be allowed provided no response and request for a hearing is made by the parties in interest in writing to the Clerk of this Court at Post Office Box 2807, Wilson, North Carolina 27895 within TWENTY (20) DAYS from the date of this notice; and

**NOTICE IS FURTHER GIVEN** that if a response and a request for a hearing is filed by a party in interest named herein, in writing within the time indicated, a hearing will be conducted on the motion and response at a date and time to be later set by the Court. If no response for a hearing is timely filed, the Court may rule on the motion and response thereto ex parte without further notice. Any party requesting a hearing shall appear at the hearing in support of such an objection or may be assessed with costs.

Dated:

9/22/00

BUTLER & BUTLER

_____
Algernon L. Butler, III
Attorneys for Trustee
NC State Bar No. 20881
PO Box 38
Wilmington, NC 28402
(910) 762-1908

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

CASE NO.:

H. T. RESTAURANTS, INC.
M.R.G.R.E., INC.,
M.R.G.E.Q., INC.,
MULTI RESTAURANT GROUP, LTD.
_____Debtors_____

97-01898-8-JRL
98-00506-8-JRL
98-00508-8-JRL
98-00507-8-JRL
(Chapter 7)

Joseph N. Callaway, Trustee in Bankruptcy )
for H. T. Restaurants, Inc., M.R.G.R.E., Inc.,)
M.R.G.E.Q., Inc., and Multi Restaurant )
Group, Ltd., )
)
)
Plaintiff, )
vs. )
Restaurant Combinations, Inc., )
Restaurant Genesis Corporation, )
AQMI Corporation, Victor Robert, )
Phillip Allen, Frank Amodeo, and, )
Jerry E. Beavers, )
)
Defendants. )

ADVERSARY PROCEEDING NO.:
L-00-00169-8-JRL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the

PLAINTIFF'S MOTION TO DISMISS COMPLAINT PURSUANT
TO RULE 7041 AND NOTICE THEREOF

in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:

Mr. Frank Amodeo
Reg No.: 48883-019
FPC Pensacola Dorm B
110 Ruby Avenue
Pensacola, FL 32509-5127

Mr. Phillip Allen
124 Wisteria Drive
Longwood, FL 32779

Mr. Victor Robert
8479 Southern Park Drive
Tallahassee, FL 32310

Dated:

9/22/00

BUTLER & BUTLER

_____
Algernon L. Butler, III
Attorneys for Trustee
NC State Bar No. 20881
PO Box 38
Wilmington, NC 28402
(910) 762-1908