UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | | CASE NO.: |
| H. T. RESTAURANTS, INC. | **FILED** | 97-01898-8-JRL |
| M.R.G.R.E., INC., | OCT 2 4 2000 | 98-00506-8-JRL |
| M.R.G.E.Q., INC., | PEGGY B. DEANS, CLERK<br>U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF N.C. | 98-00508-8-JRL |
| MULTI RESTAURANT GROUP, LTD. | | 98-00507-8-JRL |
| Debtors | | (Chapter 7) |

Joseph N. Callaway, Trustee in Bankruptcy )
for H. T. Restaurants, Inc., M.R.G.R.E., Inc.,)
M.R.G.E.Q., Inc., and Multi Restaurant )
Group, Ltd., )
            )
        Plaintiff, )
            )
vs.         )   ADVERSARY PROCEEDING NO.:
            )
Restaurant Combinations, Inc., )   L-00-00169-8-JRL
Restaurant Genesis Corporation, )
AQMI Corporation, Victor Robert, )
Phillip Allen, Frank Amodeo, and, )
Jerry E. Beavers, )
            )
        Defendants. )

### ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

THIS MATTER comes before the Court on the plaintiff's Motion to Dismiss Complaint Pursuant to Rule 7041 and the Court finding that the relief requested therein is proper and should be granted,

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the complaint is hereby dismissed without prejudice to the trustee's right to bring the action at a later date if he deems it appropriate to do so.

Date: OCT 2 4 2000

_____
JUDGE
UNITED STATES BANKRUPTCY COURT

cc: ACB
   to serve  10/24/00 SF